IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-160-D

| | |
|---|---|
| A.J. GREEN, Individually and as Co-Administrator of the Estate of Anthony Dwayne Green, and ERICA BROOKE GREEN, Individually and as Co-Administrator of the Estate of Anthony Dwayne Green, <br><br> Plaintiffs, <br> v. <br><br> MINNESOTA LIFE INSURANCE COMPANY, <br><br> Defendant. | **ORDER** |

The court has reviewed the entire record. The court GRANTS plaintiffs' motion to amend their complaint and remand the action to Columbus County Superior Court [D.E. 11]. Diversity jurisdiction does not exist in this case and did not exist at the time of removal. The action is REMANDED to Columbus County Superior Court.

SO ORDERED. This 4 day of September 2012.

JAMES C. DEVER III
Chief United States District Judge